**CHAPTER 13 TRUSTEE**

OFFICE OF GLENN B STEARNS
CHAPTER 13 STANDING TRUSTEE

801 WARRENVILLE ROAD, SUITE 650
LISLE, IL 60532-4350
PHONE: (630) 981-3888    FAX: (630) 981-3896

July 17, 2020

Clerk of the Bankruptcy Court
ATTN: Intake Desk
219 S. Dearborn St.
Chicago, IL 60604

RE:   Turnover of Unclaimed Chapter 13 Funds

| Date: | Check# | Amount |
|---|---|---|
| 07/16/2020 | 6375732 | $55.54 |
| 07/16/2020 | 6375733 | $39.19 |
| 07/16/2020 | 6375734 | $7,174.68 |
| Total: |  | $7,269.41 |

Dear Sir or Madam:

Enclosed, please find the original Trustee's Report of Deposit of Unclaimed Property and Exhibit A, in the amount of $7,269.41.

Please stamp the additional copy is "Received" and return in the enclosed SASE, along with the receipt for the checks.

If you have any questions or concerns regarding this request, please contact me at (630) 981-3888 ext. 6856.

Thank you for your assistance.

Sincerely yours,

Alyssa Ruan
Assistant Controller
For Glenn Stearns, Trustee

Enclosures

www.lisle13.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

### Trustee's Report of Deposit of Unclaimed Property

    Now comes Glenn B. Stearns, Chapter 13 Standing Trustee, pursuant to 11 U.S.C. §347 and Rule 3001 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The Standing Trustee has been duly appointed, qualified and continues to serve in the cases listed on the attached Exhibit A.

2. In the furtherance of his duties, the Standing Trustee has mailed checks payable on funds received as payments under a Chapter 13 plan to the parties referenced on Exhibit A.

3. Reasonable attempts have been made to locate those parties referenced on Exhibit A without success.

4. By reason of the foregoing, the Standing Trustee has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court, check numbers #6375732, #6375733, and #6375734, pursuant to §347 of the Bankruptcy Code.

Respectfully Submitted;

_____
Glenn Stearns, Chapter 13 Trustee

7/17/20

7/14/2020

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | |
|---|---|---|---|---|---|
| 01) | 15-08211 | Howard, Roxanne | Raxanne Howard<br>1217 S. 61st Ct<br>Cicero, IL 60804 | $0.55 | Check #6373178 not presented within 60 days under $25. |
| 02) | 15-11555 | Hellquist, James | James Hellquist<br>917 Bedford Ln<br>Libertyville, IL 60048 | $0.12 | Check #6372494 not presented within 60 days under $25. |
| 03) | 15-14464 | Myagmarjav, Hanjargalant | Hanjargalant Myagmarjav<br>718 S. Finley Road<br>Lombard, IL 60148 | $1.00 | Check #6373152 not presented within 60 days under $25. |
| 04) | 15-15542 | Harrison, Danielle | Danielle Harrison<br>224 E 4th Street<br>Lockport, IL 60441 | $18.02 | Check #6373144 not presented within 60 days under $25. |
| 05) | 15-31058 | Ruszczak, Nicholas | Nicholas J. Ruszczak, Sr.<br>2350 Hunters Lane<br>Round Lake Beach, IL 60073 | $4.05 | Check #6372963 not presented within 60 days under $25. |
| 06) | 17-10010 | Ajeigbe, Olajide | Olajide Ajeigbe<br>PO Box 693<br>Waukegan, IL 60085 | $14.90 | Check #6372585 not presented within 60 days under $25. |
| 07) | 18-01821 | Gigler, Richard | Richard Gigler<br>145 W Iroquois<br>Coal City, IL 60416 | $0.55 | Check #6372912 not presented within 60 days under $25. |
| | | | | $39.19 | |

CF
7/14/2020

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 15-03433 | Harmon, Macy Harmon, Roslesser | 105 Management LLC % Castle Law LLC 822 129th Infantry Dr. #104 Joliet, IL 60435 | $40.88 | Check #6372463 & Check #1738537 not presented within 60 days. |
| 02) | 15-03433 | Harmon, Macy Harmon, Roslesser | Midwest Hospitalist 2100 Glenwood Ave Joliet, IL 60435 | $11.75 | Check #6372458 not presented after 60 days under $25. |
| 03) | 15-03752 | Gonsales, Edward Sr. | Illinois Gastroenterology Group LLC PO Box 7630 Gurnee, IL 60031 | $2.23 | Check #6372634 not presented after 60 days under $25. |
| 04) | 15-08033 | Rice, Darrin J Rice, Christy L | Allied Business Accounts PO Box 1600 Clinton, IA 52733-1600 | $2,279.25 | Check #1634987 & #6374520 returned bad address unable to locate creditor. |
| 05) | 15-01617 | Davenport, Ericka R | Pronger Smith Medical Assocs 2320 W High St Blue Island, IL 60406 | $29.45 | Check #1741944 & Check #6373394 not presented within 60 days. |
| 06) | 15-08211 | Howard, Roxanne | Peoples Gas Light & Coke Co 200 E. Randolph Drive Chicago, IL 60601 | $16.60 | Check #6373173 not presented within 60 days under $25. |
| 07) | 15-11021 | Zaccagnini, Paul | Peoples Gas Light & Coke Co 200 E. Randolph Drive Chicago, IL 60601 | $7.75 | Check #6372294 not presented within 60 days under $25. |
| 08) | 15-11555 | Hellquist, James K. Hellquist, Lynne E. | Peoples Gas Light & Coke Co 200 E. Randolph Drive Chicago, IL 60601 | $7.91 | Check #6372488 not presented within 60 days under $25. |
| 09) | 15-12304 | Boris, Brian C | Waukegan Loan Management PO Box 184 Des Plaines, IL 60016 | $15.22 | Check #1742346 not presented within 60 days under $25. |
| 10) | 15-15232 | Terry, Derek | Peoples Gas Light & Coke Co 200 E. Randolph Drive Chicago, IL 60601 | $34.35 | Check #1741886 & Check #6372833 not presented within 60 days. |
| 11) | 15-28643 | Quigley, Mary E. | Santander Consumer USA PO Box 650760 Dallas, TX 75265-0760 | $199.00 | Check #1739895 & #1737787 & #6374372 returned bad address unable to locate creditor. |
| 12) | 15-41054 | Anderson, Michelle L | SMNP Law LLC 9 W Washington St 4th FL Chicago, IL 60602 | $561.79 | Check #1672292 & #6374713 returned bad address unable to locate creditor. |
| 13) | 15-41449 | Kirkwood, Roudell | Peoples Gas Light & Coke Co 200 E. Randolph Drive Chicago, IL 60601 | $68.74 | Check #1741886 & Check #1739666 not presented within 60 days. |
| 14) | 15-43391 | Daley, Michelle | Allegro PO Box 480 1515 Route 202 Paonoma, NY 10970 | $1,528.01 | Creditor states they no longer have legal authority to claim. |
| 15) | 16-02863 | Canty, Robert Canty, Sharon M. | Bank of America PO Box 15102 Wilmington, DE 19886-5102 | $153.27 | Creditor returned funds stating they no longer have claim. |
| 16) | 16-32661 | Lillard, Tianna M. | Money Messiah 40 E Main Street #508M | $15.06 | Check #1741740 not presented within 60 days under $25. |

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 17) | 17-04661 | Smith, Thomas A. Kelley-Smith, Patricia J. | Peoples Gas Light & Coke Co 200 E. Randolph Drive Chicago, IL 60601 | $10.61 | Check #1741886 not presented within 60 days under $25. |
| 18) | 17-07688 | Flippen, Regina C. | Wisconsin Public Service PO Box 19003 Green Bay, WI 54307 | $11.41 | Check #6372592 not presented within 60 days under $25. |
| 19) | 17-09583 | Johnson, Michael L. Johnson, Aileen N. | Peoples Gas Light & Coke Co 200 E. Randolph Drive Chicago, IL 60601 | $20.25 | Check #6372246 not presented within 60 days under $25. |
| 20) | 17-15398 | Jones, Ray Anthony Jones, Dawn Marie | Loyola University Medical Center % Thomas F Courtney & Associates 7000 W 127th Street Palos Heights, IL 60463 | $582.40 | Creditor returned funds stating they no longer represent Loyola University Medical Center. |
| 21) | 17-18088 | Hill-Hasley, Angela J | Peoples Gas Light & Coke Co 200 E. Randolph Drive Chicago, IL 60601 | $30.67 | Check #1739666 & #1741886 not presented within 60 days. |
| 22) | 17-19666 | Bell Jr., John R Bell, Jo Ann M | Loyola University Medical Center % Thomas F Courtney & Associates 7000 W 127th Street Palos Heights, IL 60463 | $130.05 | Creditor returned funds stating they no longer represent Loyola University Medical Center. |
| 23) | 17-21856 | Buries, Phyllis M. | Universal Windows 1118 Tower Ln Bensenville, IL 60106 | $1,189.10 | Check #1716981 & Check #6374725 returned bad address unable to locate creditor. |
| 24) | 19-03503 | Videgar, Daniel F. | LVNV Funding % Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $228.93 | All funds returned as creditor denies claim. |

$7,174.68

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | |
|---|---|---|---|---|---|
| 01) | 15-38814 | Jones, Jeremiah | Jeremiah Jones<br>1808 Maserati Dr<br>Joliet, IL 60435 | $21.42 | Check #6373476 not presented within 60 days under $25. |
| 02) | 16-05554 | Adeniyi, Andrew | Andrew Adeniyi<br>13163 West Yorkshire Lane<br>Wadsworth, IL 60083 | $11.76 | Check #6372754 not presented within 60 days under $25. |
| 03) | 17-32226 | Ramos, Francisco | Francisco Ramos<br>887 S. Addison Ave<br>Lombard, IL 60148 | $14.09 | Check #6372755 not presented within 60 days under $25. |
| 04) | 17-35944 | Perry, Barry | Barry Perry<br>1234 Harvest Ln<br>University Park, IL 60484 | $2.79 | Check #6373478 not presented within 60 days under $25. |
| 05) | 18-33723 | Nagle, Charles | Charles Nagel<br>29585 N Waukegan Rd #304<br>Lake Bluff IL, 60044 | $5.48 | Check #6373475 not presented within 60 days under $25. |
|   |   |   |   | $55.54 |   |

